# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ALLEN POLK, #1902-11                                                                              PLAINTIFF

v.                                      No. 4:11CV00500 JLH-JJV

CITY OF NORTH LITTLE ROCK,
ARKANSAS; *et al.*                                                                          DEFENDANTS

## **ORDER**

Allen Polk has filed a motion to dismiss this action with prejudice. The defendants have not objected to his motion. Therefore, Polk's motion is granted. Document #40. This action is hereby dismissed with prejudice. All pending motions are denied as moot.

IT IS SO ORDERED this 3rd day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE