IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALLEN POLK, #1902-11                                                                PLAINTIFF

v.                               No. 4:11CV00500 JLH-JJV

CITY OF NORTH LITTLE ROCK,
ARKANSAS; *et al.*                                                                   DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered separately today, this action is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of January, 2012.

*[signature: J. Leon Holmes]*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE